Leonard Yip
Email: leonard@asklawyers.net
California Bar Number: 260918
NGUYEN & YIP, P.C.
20955 Pathfinder Road, Suite 100
Diamond Bar, CA 91765
Tel: (909) 843-6522
Fax: (888) 266-4705 (toll free)

*Attorney for Plaintiff TOPEKA TECH, INC.*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOKPEKA TECH, INC., Plaintiff ) | Civil Action No: 5:24-cv-02326 |
| v. ) | *Exhibits: Plaintiff's Motion for* |
| RELEASEWAY, Defendant ) | *Alternative Service* |
| (registered as ) | |
| NingBowenlindianzishangwuyouxiangongsi) ) | Date of Hearing: 5/29/2025 |
| ) | Time of Hearing: 9:30am |
| ) | Courtroom: 3 |
| _____ ) | Judge: Honorable Kenly Kiya Kato |

**EXHIBITS for Topeka Tech, Inc Vs. Releaseway**
**(Motion for Alternative Service)**

**EXHIBIT TABLE OF CONTENTS**

**EXHIBIT 1: SUSPENSION OF MR. JULIAN HAFFNER** …………..………..……...P. 3

**EXHIBIT 2: AFFIDAVIT OF CHRISTOPHER JEREMY WILSON OF VERITON ASIA**…………….…………………………………………….……………P.4-5

**EXHIBIT 3: REPORT FROM VERITON ASIA**…………...…………….……………P.6-11

**EXHIBIT 1: SUSPENSION OF MR. JULIAN HAFFNER**

| | |
|---|---|
| From: | teas@uspto.gov |
| Sent: | Friday, July 19, 2024 04:43:42 PM EDT |
| To: | ljwamazon2021@163.com |
| Subject: | U.S. Trademark Application Serial No. 97320606 - SUSPENDED PARTY ADVISORY |

OFFICIAL USPTO NOTICE
SUSPENDED PARTY ADVISORY – NO RESPONSE REQUIRED

SERIAL NUMBER: 97320606
ISSUE DATE: July 19, 2024

The trademark record includes attorney and correspondence information that is associated with Julian Arnold Haffner, who has been suspended from participating as an attorney, correspondent, domestic representative, or signatory on behalf of others in any current or future trademark matters before the USPTO. The suspension order may be viewed at: https://foiadocuments.uspto.gov/oed/Haffner-Final-Order-%28D2023-35%29-Redacted.pdf.

In accordance with the terms of the suspension order, ALL CONTACT INFORMATION ASSOCIATED WITH THE SUSPENDED PARTY, INCLUDING ANY E-MAIL ADDRESSES, HAS BEEN REMOVED FROM THE RELEVANT FIELDS OF THE TRADEMARK RECORD. See TMEP §608.02. All future correspondence will be sent to the address associated with the applicant/registrant unless properly updated otherwise.

In addition, applicant/registrant is advised that a suspended party is not authorized to prepare trademark applications, amendments, responses, post-registration maintenance documents, or other related documents. Information for applicant/registrant represented by suspended parties may be found on the USPTO's website. (https://www.uspto.gov/trademarks/protect/non-attorneys-precluded-representing-applicants-and-registrants).

Additionally, all foreign-domiciled trademark applicants, registrants, or parties to Trademark Trial and Appeal Board proceedings must be represented by an attorney who is an active member in good standing of the bar of the highest court of any U.S. state or jurisdiction. (https://www.uspto.gov/trademarks/basics/why-hire-private-trademark-attorney). See 37 C.F.R §2.11(a); TMEP §601.



UNITED STATES PATENT AND TRADEMARK OFFICE



E  info@veritonasia.com
T  +852 817 999 32
M  +852 9236 9140
W  www.veritonasia.com

## Affidavit of Christopher Jeremy Wilson

### Owner / Manager, Veriton Asia

My name is Christopher Jeremy Wilson. I was employed by the Hong Kong Police for 35 years. Upon retirement in late 2012, I went to work for MGM Casino in Macau where I was Director, Research and Investigations. In 2013, I resigned and returned to Hong Kong to set up a research and investigations company, Veriton Asia. In mid-2014 Veriton Asia began serving process in Hong Kong. Veriton Asia is now a leading process server company in Hong Kong.

In June 2024, Veriton Asia was contacted by Mr Leo YIP of NGUYEN & YIP, P.C., 20955 Pathfinder Road, Suite 100, Diamond Bar, CA 91765, and asked to serve legal documents on a company in Ningbo City, Zhejiang, China.

The company was:

- NingBowenlindianzishangwuyouxiangongsi

The address provided to Veriton Asia for process service was:

- Room 120-3, Building D, Commercial Building, No. 99, Jucai Road, Ningbo City, Zhejiang CHINA 315000 中国浙江省宁波市海曙区聚才路 99 号商务楼 D 幢 120-3 室

We later agreed to undertake the serve of the documents at the given address.

**Conclusion: I am satisfied that the address said to be at Room 120-3, Building D, Commercial Building, No. 99, Jucai Road, Ningbo City, Zhejiang CHINA 315000, does not exist.**

The 1st attempt at serving the company at the given address was made on 26 November 2024. The Process Server was Ms Keyi LIU, a Process Server working for my company, Veriton Asia, of Room 602, 6/F, Kai Yue Commercial Building, No.2C, Argyle Street, Mong Kok, Kowloon, Hong Kong.

Room 602, 6/F, Kai Yue Commercial Bldg
2C Argyle Street, Mong Kok
Kowloon, Hong Kong
BR: 56834893

Ms LUI arrived at the given address at 1435 hrs on 26 November 2024, where she found the entrance to the site was blocked by security barriers. At the barriers, Ms LUI spoke with a security supervisor.

Ms LUI explained that she had important documents for a company called NingBowenlindianzishangwuyouxiangongsi, located at Room 120-3, Building D, Business Building, No. 99 Jucai Road, Haishu District, Ningbo City. The staff at the gate informed the process server that there was no Building D at the site, only A, B and C Buildings.

The server questioned the staff as to whether part of one building might be known as "D", but the staff said: No.

The server was directed to return to the address on 28 November 2024 and to again question the security staff about the location of Block D. The staff again insisted that there was no Block D in the complex and furthermore stated that they had never heard of the two companies. Ms LUI then tried calling the telephone numbers linked to the two new companies – both numbers were found to be disconnected.

Ms LUI then left the site and again reported her findings to Veriton Asia.

The content of this statement is true to the best of my knowledge and belief.

Christopher J Wilson

Owner and Manager of Veriton Asia

Date: 6 March 2025

**EXHIBIT 3: REPORT FROM CHINA PROCESS SERVER**



Process Serve –

NingBowenlindianzishangwuyouxiangongsi,

Ningbo City, China

| | |
|---|---|
| Prepared for: | Leo Yip, Esq. |
| | Attorney at Law |
| | NGUYEN & YIP, P.C. |
| By: | Veriton Asia, Hong Kong |
| Research Period: | 4 JUN – 26 NOV 2024 |
| Project Manager: | Chris Wilson |
| Tel: | +852 817 999 32 |
| Customer Enquiries: | info@veritonasia.com |

**EXHIBIT 3: REPORT FROM CHINA PROCESS SERVER (CONT…)**

Process Serve – NingBowenlindianzishangwuyouxiangongsi, Ningbo City, China

## TABLE OF CONTENTS

| | | |
|---|---|---|
| 1 | PROCESS SERVE – NINGBOWENLINDIANZISHANGWUYOUXIANGONGSI | 2 |
| 1.1 | INSTRUCTIONS | 2 |
| 1.1.1 | Subject's Address | 2 |
| 1.1.2 | Documents for Service | 2 |
| 1.1.3 | The Process Server | 2 |
| 2 | 1ST ATTEMPT – 26TH NOV 2024 | 2 |
| 2.1 | No. 99 JUCAI ROAD, HAISHU DISTRICT, NINGBO CITY | 2 |
| 3 | RESEARCH ON THE ADDRESS | 4 |
| 3.1.1 | Internet Research | 4 |
| 3.1.1.1 | Ningbo International Investment Consulting Co., Ltd, Haishu Branch: | 4 |
| 3.1.1.2 | Ningbo Junsheng Trading Co., Ltd: | 4 |
| 4 | 2ND ATTEMPT – 28TH NOV 2024 | 5 |
| 4.1 | RETURN TO 99 JUCAI ROAD, HAISHU DISTRICT, NINGBO CITY | 5 |
| YOUR NOTES | | 6 |

Go to page 6

**EXHIBIT 3: REPORT FROM CHINA PROCESS SERVER (CONT…)**

2

Process Serve – NingBowenlindianzishangwuyouxiangongsi, Ningbo City, China

# 1 Process Serve – NingBowenlindianzishangwuyouxiangongsi

## 1.1 Instructions

On 4 JUN 2024, Ms Flora Yip, of AskLawyers Net, Hong Kong, and of NGUYEN & YIP, P.C, California, USA, ("*Client*"), contacted Veriton Asia ("*Veriton*") and asked to have legal documents served on a company, NingBowenlindianzishangwuyouxiangongsi ("*Subject company*"), at an address Ningbo City, Zhejiang, China 315000.

### 1.1.1 Subject's Address

Client stated that Subject company was located at:

- Room 120-3, Building D, Business Building, No. 99 Jucai Road, Haishu District, Ningbo City, Zhejiang Province, China 31500 (中国浙江省宁波市海曙区聚才路 99 号商务楼 D 幢 120-3 室)

### 1.1.2 Documents for Service

The documents for service on Subject company were received by email on 18 NOV 2024 and transmitted to the server on 20 NOV 2024. The documents were:

- Complaint_Topeka Tech
- TRO – Topeka KOAPRO v100824 V4
- Proof of Service form

### 1.1.3 The Process Server

The Process Server for this matter was Ms Keyi Liu, a Process Server working for Veriton Asia of Room 602, 6/F, Kai Yue Commercial Building, No.2C, Argyle Street, Mong Kok, Kowloon, Hong Kong.

# 2 1st Attempt – 26th NOV 2024

## 2.1 No. 99 Jucai Road, Haishu District, Ningbo City

The Process Server, Ms Keyi Liu went to the address at 99 Jucai Road, Haishu District, Ningbo City, Zhejiang Province, arriving at the given address at about 1435 hours on 26 NOV 2024.

Ms Keyi Liu had with her all the documents for service on the Subject company, as described above.

The server went to the security barriers at the entrance to the site where she spoke to a supervisor. Ms Keyi Liu explained that she had important documents for a company called

## EXHIBIT 3: REPORT FROM CHINA PROCESS SERVER (CONT…)



Process Serve – NingBowenlindianzishangwuyouxiangongsi, Ningbo City, China

NingBowenlindianzishangwuyouxiangongsi, at Room 120-3, Building D, Business Building, No. 99 Jucai Road, Haishu District, Ningbo City. The staff at the gate informed the process server that there was no Building D at the site, only A, B and C Buildings. The server questioned the staff as to whether part of one building might be known as "D", but the staff said no.

The server then left, taking a photo of the entrance as she went:

Entrance to 99 Jucai Road, Haishu District, Ningbo City. The street number is visible on the wall, roughly centre of the photo.

**EXHIBIT 3: REPORT FROM CHINA PROCESS SERVER (CONT…)**



**EXHIBIT 3: REPORT FROM CHINA PROCESS SERVER (CONT…)**

*Process Serve – NingBowenlindianzishangwuyouxiangongsi, Ningbo City, China*

## 4  2nd Attempt – 28th NOV 2024

### 4.1  Return to 99 Jucai Road, Haishu District, Ningbo City

On 28 NOV 2024, at about 1500 hours, the server returned to the site at 99 Jucai Road, Haishu District, Ningbo City.

She again approached the staff at the security gate and asked them if they had any suggestions as to where the company might be located, and she showed the staff the two company names (Ningbo International Investment Consulting Co., Ltd, Haishu Branch and Ningbo Junsheng Trading Co., Ltd.) that were apparently also in Block D.

The staff explained that neither company was known to them at the address. They again emphasized that there was no Block D.

The server then tried calling the two numbers linked to the two companies, but neither was functioning.

The server then thanked the security staff and left the site.

\*\*\*END\*\*\*

5

## Certificate of Service

I hereby certify that a true and complete copy of the foregoing Plaintiff's Exhibits: Plaintiff's Motion for Alternative Service has been served on RELEASEWAY (NingBowenlindianzishangwuyouxiangongsi), by forwarding said copy on April 17, 2025, via email to: Defendant RELEASEWAY (registered as NingBowenlindianzishangwuyouxiangongsi) via the email address ljwamazon2021@163.com.

**Signature**     /Leonard Yip /            **Date**        April 17, 2025
            Leonard Yip, Esq