UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case Name:   TOKPEKA TECH, INC., Plaintiff v. RELEASEWAY, Defendant (registered as NingBowenlindianzishangwuyouxiangongsi)

Case Number:   5:24-cv-02326

## PROOF OF SERVICE BY EMAIL PURSUANT TO COURT ORDER

## Declaration of Service by Email

I, Leonard Yip, declare:

1. I am an attorney duly licensed to practice law in the State of California and am counsel of record for Plaintiff TOPEKA TECH, INC. in the above-captioned matter.

2. On April 8, 2025, the Honorable Kenly Kiya Kato, United States District Judge for the Central District of California, issued an Order in Case No. 5:24-cv-02326-KK (DTBx) granting Plaintiff's motion for alternative service of process via email on Defendant RELEASEWAY (registered as NingBowenlindianzishangwuyouxiangongsi). A true and correct copy of the Court's Order is attached hereto as Exhibit A.

3. In compliance with the Court's Order, on April 17, 2025, I caused the following documents to be served by electronic mail on Defendant at the email address ljwamazon2021@163.com:
   - Complaint
   - Motion for Alternative Services
   - Exhibits for Motion for Alternative Service
   - Proposed Order for Alternative Service

4. In addition, on April 20, 2025, the following documents were served by electronic mail on Defendant at the same email address ljwamazon2021@163.com:
   - Civil Cover Sheet for the Complaint
   - Court's Order Granting Alternative Service

5. Attached hereto as Exhibit A is a true and correct copy of the email sent to Defendant on April 17, 2025, including the aforementioned documents.

6. Attached hereto as Exhibit B is a true and correct copy of the email sent to Defendant on April 20, 2025, including the aforementioned documents.

7. Attached hereto as Exhibit C is a copy of the Court's Order Granting Alternative Service by email.

8. I am over the age of 18 and not a party to this action. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of April, 2025, in Diamond Bar, California.

*Leonard Yip*

/s/ Leonard Yip
_____
Leonard Yip, Esq.
Attorney for Plaintiff TOPEKA TECH, INC.

Nguyen & Yip, P.C.
19  20955 Pathfinder Road, Ste 100
20  Diamond Bar, CA 91765
21  Tel: (909) 843-6522
22  Fax: (888) 266-4705 (toll free)