**From:** Leo Yip leonard@asklawyers.net 
**Subject:** TOPEKA TECH, INC v. RELEASEWAY (NingBowenlindianzishangwuyouxiangongsi) Case No. 5:24-cv-02326
**Date:** April 17, 2025 at 5:27 PM
**To:** ljwamazon2021@163.com

Dear Releaseway (NingBowenlindianzishangwuyouxiangongsi),

We are attaching your service copies of the following:

Plaintiff's Complaint;
Plaintiff's EXHIBITS FOR Motion for Alternative Service;
Plaintiff's Motion for Alternative Service; and
Plaintiff's Proposed Order for Alternative Service.



Very truly yours,

Leo Yip, Esq.
Attorney at Law

NGUYEN & YIP, P.C.
20955 Pathfinder Road, Suite 100
Diamond Bar, CA 91765
Tel: (909) 843-6522
Fax: (888) 266-4705 (toll free)
Email: leonard@asklawyers.net

****************************

The information contained in this transmission is confidential and privileged and intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, reviewing, copying, disclosure, and use of, or reliance on the contents of this transmission is strictly prohibited. If you received this communication in error, please notify the sender immediately and permanently delete the original message, attachments and all copies. Thank you.