JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Topeka Tech, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Releaseway, <br><br> Defendant. | Case No. EDCV 24-02326-KK-DTBx <br><br> JUDGMENT |

Pursuant to the Order Granting in Part and Denying in Part Plaintiff's Motion for Default Judgment, **IT IS HEREBY ADJUDGED** that Judgment is entered in favor of plaintiff Topeka Tech, Inc. ("Plaintiff") against defendant Releaseway ("Defendant"). The Court **DECLARES** that Defendant has infringed United States Patent No. D863,587S and United States Patent No. D981,578S.

**IT IS SO ORDERED**. (JS-6)

Dated: January 15, 2026

_____
HONORABLE KENLY KIYA KATO
United States District Judge